IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VERONICA B.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:19-CV-1107-L-BN** |
| § | |
| **ANDREW M. SAUL,** § | |
| **Commissioner of Social Security** § | |
| **Administration,** § | |
| § | |
| Defendant. § | |

## ORDER

On June 23, 2020, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 19) was entered, recommending that the court reverse the decision of the Commissioner of the Social Security Administration (the "Commissioner") and remand this social security appeal for further proceedings consistent with her Report. No objections to the Report were filed.

After considering the pleadings, file, record, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further proceedings consistent with the findings and conclusions set forth in the Report.

**It is so ordered** this 13th day of August, 2020.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page